**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEMARY GARCIA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MAMMOTH HOSPITALITY MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, <br><br> Defendants. | **Case No.: 2:19-cv-00668-WBS-EFB** <br><br> **ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE** |

The Scheduling Conference scheduled for August 5, 2019 will require more than a perfunctory participation by plaintiff's counsel. The request to appear telephonically at the conference is accordingly **DENIED.**

**IT IS SO ORDERED.**

**DATED: AUGUST 2, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER**

1