UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROSEMARY GARCIA, | No. 2:19-cv-00668 WBS EFB |
| Plaintiff, | |
| v. | ORDER |
| MAMMOTH HOSPITALITY MANAGEMENT, LLC; and DOES 1 to 50, inclusive, | |
| Defendants. | |

----oo0oo----

The court has reviewed the parties' Joint Status Report (Docket No. 3) and, pursuant to its discussion with the parties at the hearing on August 5, 2019, HEREBY ORDERS that:

1. Plaintiff shall file a Motion to Remand no later than 8/19/2019. By that same date, plaintiff shall notify the court of whether it objects to the consolidation of this case with Garcia v. Alterra Mountain Company U.S. Inc. (2:19-cv-00666-MCE-CKD). In the event that plaintiff does object

1

|   |   |   |
|---|---|---|
| 1 |   | to consolidation, she shall set forth the reasons |
| 2 |   | for her objection. |
| 3 | 2. | Defendant shall file an opposition the Motion to |
| 4 |   | Remand and respond to plaintiff's arguments |
| 5 |   | regarding consolidation by 9/10/2019. |
| 6 | 3. | Plaintiff may file a reply in support of her |
| 7 |   | Motion to Remand and/or any responses she may have |
| 8 |   | regarding consolidation no later than 9/16/2019. |
| 9 | 4. | A hearing on plaintiff's Motion to Remand and, if |
| 10 |   | necessary, the issue of consolidation shall be |
| 11 |   | held at 1:30 PM on 9/23/2019 in Courtroom 5 before |
| 12 |   | the undersigned judge. |

Dated: August 5, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE