UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROSEMARY GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH HOSPITALITY MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:19-cv-00668-WBS-EFB<br><br>ORDER |

----oo0oo----

For the reasons stated by the court on the record at the September 23, 2019 hearing (Docket No. 19), plaintiff's counsel is HEREBY ORDERED forthwith to pay defense counsel the sum of $5,400 as sanctions for failure to comply with the court's order to personally appear at the hearing.

Because the parties have now stipulated to remand this case to the state court with the understanding that plaintiff is

1

not seeking relief under the ADA or claiming any violations thereof, plaintiff's motion to remand (Docket No. 13) is moot.

Counsel shall promptly submit their stipulation to remand this case to state court as soon as counsel for defendant has received payment of the sanctions herein ordered. All further other proceedings in this action shall be HELD IN ABEYANCE pending the receipt by the court of such stipulation.

IT IS SO ORDERED.

Dated: September 24, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE