1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GARCIA, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>MAMMOTH HOSPITALITY MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 to 50 inclusive,<br><br>  Defendants. | Case No. 2:19-cv-00668-WBS-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff Rosemary Garcia ("Plaintiff") and Mammoth Hospitality Management, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  January 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE